# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00089-CV

**In the Interest of C.A.J., a Child**

(No. CCL14TA142 IN COUNTY COURT AT LAW OF CASS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | KEM G KIBBE |
| MOTION FEE | $10.00 | INDIGENT | JASON HORTON, APPT ATTY |
| SUPPLEMENTAL CLERK'S RECORD | $0.00 | INDIGENT | JASON HORTON, APPT ATTY |
| REPORTER'S RECORD | $0.00 | INDIGENT | JASON HORTON, APPT ATTY |
| CLERK'S RECORD | $0.00 | INDIGENT | JASON HORTON, APPT ATTY |
| FILING | $195.00 | INDIGENT | CARLY ANDERSON, APPT ATTY |
| MOTION FEE | $10.00 | INDIGENT | CARLY ANDERSON, APPT ATTY |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this May 14, 2015.

**DEBRA AUTREY, CLERK**

By _____
　　　　　　　　　　　　　　　Deputy